# EXHIBIT B

Scanned 6

26-2-00380-37
CMP 3
Complaint
20448437

FILED
COUNTY CLERK
2026 FEB 18 P 4:00
WHATCOM COUNTY
WASHINGTON

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF WHATCOM

| | |
|---|---|
| KELLIE POEHLS, Individually,<br>Plaintiff,<br>vs.<br>WALMART, INC., a foreign corporation,<br>Defendant | NO. 26 2 00380 37<br>**VERIFIED COMPLAINT** |

COMES NOW Plaintiff Kellie Poehls, by and through her attorney of record and complains and alleges as follows:

## I. PARTIES

1.1 At all times relevant hereto Kellie Poehls was a resident of Whatcom County, Washington.

1.2 On information and belief at all times relevant hereto Defendant Walmart, Inc., a foreign corporation, was licensed to do business and is doing business in Whatcom County, Washington.



BURI FUNSTON MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360-752-1500 F 360-752-1502

4.2 Defendant, by and through its agents, servants and employees, owed Plaintiff Kellie Poehls a duty to provide and maintain safe premises for the benefit of its invitees/customers. The Defendant also had a duty to:

(a) Provide safe and adequate maintenance of the premises;

(b) Provide invitees with warning signs regarding unsafe areas and hidden dangers;

(c) Have a system to provide warnings to invitees/customers by roping off, taping off and/or utilizing safety cones to mark unsafe areas and hidden dangers;

(d) Have a system in place to inspect the premises for unsafe conditions;

(e) Have a policy to ensure that they are complying with all other state and local safety regulations and statutes;

(f) Inspect the premises for unsafe conditions once its employees become aware or should have become aware of potential unsafe conditions;

(g) Eliminate unsafe conditions on its premises once its employees become aware or should have become aware of unsafe conditions;

(h) Ensure that invitees receive adequate warning of known unsafe conditions so as to protect invitees/residents from injury;

(i) Ensure that all employees are performing their duties in a safe manner and are providing reasonable safety warnings to invitees or restricting access to any area with a dangerous condition.

4.3 Defendant breached its care to Plaintiff Kellie Poehls set forth above.



BURI FUNSTON
MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360-752-1500 F 360-752-1502

4.4 Defendant's breach of duty of care was the proximate cause of plaintiff Kellie Poehls's injuries.

4.5 Defendant is liable to Plaintiff for damages past, present, and future caused by Defendant's negligence.

4.6 The Defendant had actual and/or constructive notice of the defects, dangerous conditions and negligence alleged herein.

4.7 Plaintiff Kellie Poehls was without negligence of any kind or nature whatsoever and did not contribute to her own injuries or damages in any way.

4.8 There are no non-party "at fault" entities (as that term is defined in RCW 4.22.015) who are in any way or percentage "at fault" for this incident and/or for Plaintiff's injuries and damages. If Defendant alleges that there are other non-named Defendants who are or may be potentially "at fault" for Plaintiff's injuries and damages, Defendant is at this time specifically requested to fully identify the same in Answer to Plaintiff's Complaint.

4.9 As a direct and proximate result of the negligence alleged herein, Plaintiff Kellie Poehls has incurred medical expenses and other out-of-pocket expenses and is entitled to fair and reasonable compensation.

4.10 As a direct and proximate result of the negligence alleged herein, Plaintiff Kellie Poehls has suffered and will continue to suffer severe physical pain and suffering and is entitled to fair and reasonable compensation.

4.11 As a direct and proximate result of the negligence alleged herein, Plaintiff Kellie Poehls has suffered severe mental and emotional distress and is entitled to fair and reasonable compensation.



BURI FUNSTON
MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360-752-1500 F 360-752-1502

4.12 As a direct and proximate result of the negligence alleged herein, Plaintiff Kellie Poehls has suffered loss of enjoyment of life, disability and is entitled to fair and reasonable compensation.

4.13 As a direct and proximate result of the negligence alleged herein, Plaintiff Kellie Poehls is entitled to attorneys' fees.

4.14 As a direct and proximate result of the negligence alleged herein, Plaintiff is entitled to prejudgment interest on all medical and other out-of-pocket expenses directly and proximately caused by the negligence alleged in this Complaint.

## V. PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for the following relief:

5.1 For an award of damages compensating Plaintiff Kellie Poehls for her physical injuries in an amount to be proven at trial.

5.2 For an award of damages compensating Plaintiff Kellie Poehls for past and future medical and out-of-pocket expenses, in an amount to be proven at trial.

5.3 For an award of damages compensating Plaintiff Kellie Poehls for past and future pain and suffering in an amount to be proven at trial.

5.4 For an award of damages compensating Plaintiff Kellie Poehls for past and future mental and emotional distress in an amount to be proven at trial.

5.5 For an award of the Plaintiff's attorney fees herein in an amount to be proven at trial.

5.6 For an award of damages compensating Plaintiff for costs and disbursements herein in an amount to be proven at trial.



BURI FUNSTON MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360-752-1500 F 360-752-1502

5.7 For such other and further relief as the court deems just and equitable.

DATED THIS 12 day of Feb., 2026.

**BURI FUNSTON MUMFORD, PLLC**

Tom Mumford, WSBA #28652
Zach Mumford, WSBA #60248
Attorneys for Plaintiff



BURI FUNSTON MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360 752 1500 F 360 752 1502

**VERIFICATION**

The undersigned declares under penalty of perjury under the laws of the State of Washington, that the statements made in the foregoing Verified Complaint are true and correct to the best of his/her knowledge and belief.

DATED this 12th day of February 2026.

KELLIE POEHLS



BURI FUNSTON
MUMFORD
ATTORNEYS AT LAW
1601 F Street
Bellingham, WA 98225
P 360-752-1500 F 360-752-1502